**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**St. Paul, Minnesota**

# NOTICE TO COUNSEL

Civil Case No.: **0:02-CV-826 MJD/JMM**

Weatherspoon

v

Johnson

**IN RE:** **Notice of Reassignment of Magistrate Judge**
**NEW - 0:02-CV-826 MJD/FLN**

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to refer the above-entitled case to **U S District Court Magistrate Judge Franklin L. Noel** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this assignment, please direct your inquiries to **Cathy Orlando at 612 664-5110.**

DATE: **June 18, 2002**

Richard D. Sletten

**Richard D. Sletten, Clerk**

6

FILED June 18, 2002
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials VKM