UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

MAURICE L. WEATHERSPOON, CIVIL NO. 02-826 (MJD/JMM)

Plaintiff,

v. ORDER

DAVID JOHNSON,
Judge DAVID P. SULLIVAN and
RICHARD HANSEN,

Defendants.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated May 30, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), is **DENIED**;

2. This action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1);

3. Plaintiff will be required to pay the unpaid balance of the Court filing fee, namely $129.00, in accordance with 28 U.S.C. § 1915(b)(2); and

FILED JUN 2 7 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

4. For purposes of 28 U.S.C. § 1915(g), this action is dismissed "on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted."

Dated: June 27, 2002

MICHAEL J. DAVIS
United States District Court Judge